IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

CHARLES PEDDER                          )
and YVONNE S. PEDDER,                    )
                                        )
        Plaintiffs,                     )       TC-MD 120761D
                                        )
    v.                                  )
                                        )
BENTON COUNTY ASSESSOR,                 )
                                        )
        Defendant.                      )       **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On December 7, 2012, the court sent the parties an Order instructing Plaintiffs to file a written status report by December 21, 2012, stating whether they intend to pursue their appeal. The Order advised that failure to comply with the deadline set forth therein might result in the dismissal of Plaintiffs' appeal.

Plaintiffs' deadline has passed and the court has not received a written status report or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

Dated this ____ day of December 2012.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on December 31, 2012. The Court filed and entered this document on December 31, 2012.*